IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OTTO DONNIE HARTMAN,

    Plaintiff,
v.                                              CASE NO. 4:05-cv-00209-MP-EMT

CHARLES V. CRIST,
STATE OF FLORIDA,

    Defendants.
_____/

**O R D E R**

      This matter is before the Court on Doc. 16, Plaintiff's appeal of Doc. 15, Order by the Magistrate Judge requiring Plaintiff to file an amended complaint.  Plaintiff claims that the Magistrate exceeded her authority when issuing this order, as it is effectively "dispositive in nature."  Doc. 16 at 2.  After reviewing the matter, the Court disagrees with Plaintiff's assertions.  Nothing in the Magistrate's order is dispositive in nature at this time.  The Magistrate's order simply requests that Plaintiff file an amended complaint further clarifying his claims.  In other words, the order provides Plaintiff with an opportunity to construe his complaint so as to present a viable cause of action.  Only after Plaintiff either files an amended complaint or disregards the Magistrate's order would the Magistrate then file a report with this Court recommending how Plaintiff's case should be handled.

      Accordingly, Plaintiff's motion is DENIED.  Plaintiff has 30 days from this order to comply with the Magistrate's order.  Thus, if Plaintiff chooses to file an amended complaint as ordered to by the Magistrate, the amended complaint would need to be filed by Monday, January 30, 2006.  Failure to comply may result in Plaintiff's complaint being dismissed.

**DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge